James B. Alley et al., Appellants, *v.* The Positype Corporation of America et al., Respondents, Impleaded with Others.

Photomaton, Inc., Appellant. (Actions 1 and 2.)

(Argued June 10, 1929; decided July 11, 1929.)

*Enos Throop Geer, James B. Alley* and *William J. Kent, Jr.,* for plaintiffs-appellants.

*Alfred Jaretzki, Jr.,* for defendant-appellant.

*R. Randolph Hicks* and *Thomas F. Compton* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.